# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0382 JAM |
| Plaintiff | **ORDER** |
| vs | |
| **DAVID MICHAEL CAPENHURST,** | |
| **Defendant.** | |

Upon request of Defendant and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant DAVID MICHAEL CAPENHURST be granted a reduction in his sentence by two levels and re-sentence Mr. CAPENHURST at the low end of the Guideline range of 120 – 135 months.

IT IS SO ORDERED.

Dated: 11/22/2016

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE