UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0382 JAM |
| Plaintiff | AMENDED [~~PROPOSED~~] ORDER |
| vs | |
| DAVID MICHAEL CAPENHURST, | |
| Defendant. | |

This matter came before the Court upon Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. section 3582c(2) and good cause appearing therefor,

IT IS HEREBY ORDERED that the term of imprisonment imposed on or about January 13, 2008, is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Capenhurst shall report to the United States Probation Office within seventy-two hours after his release.

Dated: 12-6-2016

HONORABLE JOHN A. MENDEZ
United States District Court Judge

Approved as to form and content:

/s/ Jason Hitt
Jason Hitt
Assistant United States Attorney