David M. Capenhurst
(707) 624-9446
david@autoconnectsllc.com
Address Withheld Per Fed.R.Crim.P 49.1
Representing in *Propria Persona (pro se)*



**FILED**

JAN 27 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>DAVID MICHAEL CAPENHURST,<br>*Defendant.* | Case No.2:08-CR-382-JAM-1<br><br>**MOTION FOR ORDER**<br><br>*Hearing: None Requested* |
|---|---|

**NOW COMES** DAVID MICHAEL CAPENHURST, motioning this Court *in propria persona* (*pro se*) to submit a written order in re: termination of supervised release pursuant to title 18 United States Code §3583(e).

I moved this court on November 30, 2020 to terminate the remaining portion of my supervised release. Doc. 34. This court ordered the immediate termination of the remaining portion of my supervised release. It did so in a minute order dated December 18, 2020. Doc. 38.

To date, I have received no notification from either the Clerk of the Court or the United States Probation Office giving me official notice that my term of supervised has been terminated.

I request an order from this Court, in some form of document, that confirms this Court's grant of my request. Without such a document, law enforcement may still see my status as on active supervision. There could also be other unforeseen collateral consequences of not being able to prove my termination from supervision.

For these reasons, I request an order from this Court confirming that my supervised release was terminated effective December 18, 2020.

Respectfully submitted on this 22ND day of January, 2020.

*[signature]*

David M. Capenhurst
(707) 624-9446
david@autoconnectsllc.com
Address Withheld Per Fed.R.Crim.P 49.1
Self-Representing in *pro se*

1 | Certificate of Service
2 | I attest, with my signature above, that I have filed a true and correct copy of the
3 | pleading above with the Clerk of the U.S. Court for the Eastern District of California,
4 | and upon the government representative for the United States Attorney's Office, by
5 | placing them in postage-prepaid envelopes by and through the United States Postal
6 | Service. For service, I have used the following addresses

| **Jason Hitt, GOVT** | **Clerk of the U.S. District Court** |
|---|---|
| United States Attorney's Office | Eastern District of California |
| 501 I Street | 501 "I" Street |
| Suite 10-100 | Suite 4-200 |
| Sacramento, CA 95814 | Sacramento, CA 95814-2322 |

MOTION FOR ORDER 3
*United States v. Capenhurst, 2:08CR382*

David M. Capenhurst
    (707) 624-9446
    david@autoconnectsllc.com
    Address Withheld Per Fed.R.Crim.P 49.1
Representing in *Propria Persona (pro se)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>DAVID MICHAEL CAPENHURST,<br>*Defendant.* | Case No.2:08-CR-382-JAM-1<br><br>**ORDER**<br><br>*Hearing: None Requested* |
|---|---|

**BEFORE THE COURT** is defendant David Michael Capenhurst, requesting written order in the above-numbered criminal case where this Court discharged the defendant from further supervision. Accordingly:

IT IS SO ORDERED that, as of the Minute Order posted by this Court on December 18, 2020, defendant DAVID CAPENHURST's supervised release is terminated and he is discharged from further supervision.

Dated:_____ _____, 2021

                                                   _____
                                                   John. A Mendez
                                                 United States District Judge